IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 7 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 00642 - BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FREDRICK A. PEOPLES,

    Plaintiff,

v.

OFFICER CASTRO,

    Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Letter to the Court, a Notice of Address Change, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner

(6)    X    is not on proper form (must use the court's current form) <u>(Plaintiff is no longer incarcerated. He must submit a Non Prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.)</u>

(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application

(8)    ___    An original and a copy have not been received by the court. Only an original has been received.

(9)    ___    other _____

**Complaint, Petition or Application**:

(10)    ___    is not submitted

(11)    ___    is not on proper form (must use the court's current form)

(12)    ___    is missing an original signature by the prisoner

(13)    ___    is missing page nos. ___

(14)    ___    uses et al. instead of listing all parties in caption

(15)    ___    An original and a copy have not been received by the court. Only an original has been received.

(16)    ___    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)    ___    names in caption do not match names in text

(18)    ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of April, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00642** - BrB

Fredrick A. Peoples
7883 Wyandot
Westminster, CO 80021

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on __4-7-06__

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk