IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00642-WDM-PAC

FREDRICK A. PEOPLES,

    Plaintiff,

v.

OFFICER CASTRO,

    Defendant.

_____

ORDER ON PENDING DISCOVERY MOTIONS
_____

Patricia A. Coan, United States Magistrate Judge

    This is a *pro se* § 1983 prisoner civil rights action.  On June 29, 2006, this matter was referred to me for pretrial case management and recommended rulings on dispositive motions.  The defendant has not yet been served.  Plaintiff has filed three motions: a June 21, 2006 Motion to Request Copies of Original Grievance [doc. # 13]; a July 11, 2006 Motion to Compel Medical Records [doc. # 21]; and a July 24, 2006 Motion for Ruling on Motion to Compel Medical Records [doc. # 27].   Plaintiff's Motion to Request Copies of Original Grievance seeks a copy of his "original grievance," but no date or identifying information is supplied.  He might be referring to the letter attached to his complaint. There is no ground on which I can grant the relief plaintiff seeks because he has failed to specify what it is he seeks to have copied.  Plaintiff's Motion to Request Copies of Original Grievance, doc. # 13 is accordingly denied.

Plaintiff seeks copies of his medical records in the other two motions he filed. In his Motion to Compel Medical Records, doc. # 21, plaintiff seeks his medical records from the "Jefferson County Medical Staff." Plaintiff does not specify any dates, locations, or nature of any treatment he received from the Jefferson County Medical Staff from which he seeks records. As a result of his failure to specify what types of records he seeks, his motion is denied.

Plaintiff's third pending motion relates to the second motion, and he seeks subpoenas for medical records from Jefferson County, Arapahoe County, and St. Anthony Hospital in Westminster, Colorado. No dates, locations, or treatment received is mentioned in this motion. Plaintiff does not state whether he has attempted to release and copy such information, or what specific information he seeks from each of the sources. Without such details, his motion is denied.

The court is aware of plaintiff's desire to substantiate his Eighth Amendment claim by using his medical records. If the court needs access to medical records, it will arrange for it, but at this time such action is premature. Once the defendant has been served and has filed a responsive pleading, a scheduling conference will be set. Discovery matters will be discussed at the scheduling conference.

**It is therefore ordered that**

Plaintiff's Motion to Request Copies of Original Grievance [doc. # 13] is **denied**;

Plaintiff's Motion to Compel Medical Records [doc. # 21] is **denied**; and

Plaintiff's Motion for Ruling on Motion to Compel Medical Records [doc. # 27] is

**denied**.

Dated August 4, 2006.

BY THE COURT:

s\ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge

3