IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-000642-WDM-PAC

FREDERICK A. PEOPLES,

    Plaintiff,

v.

OFFICER CASTRO,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge O. Edward Schlatter, issued December 14, 2006, that this case be dismissed for failure to prosecute. Plaintiff Frederick A. Peoples (Peoples) failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the recommendation, the November 9, 2006 order, and three docket entries indicating that the court's address for Peoples is no longer correct (Docket Nos. 40, 42 & 44), and I agree with Magistrate Judge Schlatter that Peoples' failure to keep the court informed as to his correct address warrants dismissal of his case.

    Accordingly, it is ordered:

1.    The recommendation of Magistrate Judge Schlatter, issued December 14, 2006

(Docket No. 43), is accepted.

2.   This case is dismissed without prejudice.

DATED at Denver, Colorado, on February 27, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge